Thomas H. Casey - Bar No. 138264
22342 Avenida Empresa, Suite 200
Rancho Santa Margarita, CA 92688
Tel: 949/766-8787 / Facsimile: 949/766-9896
Email: TomCasey@tomcaseylaw.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:16-BK-14655-ES |
| | § | |
| COMPLETE APPAREL SOLUTIONS LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Thomas H. Casey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $14,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $20,126.20 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $13,973.80 | | |

3) Total gross receipts of $34,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $34,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,973.80 | $12,248.16 | $13,973.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $5,596.74 | $5,596.74 | $5,596.74 |
| General Unsecured Claims (from **Exhibit 7**) | $1,340,805.84 | $1,002,469.98 | $1,002,469.98 | $14,529.46 |
| **Total Disbursements** | $1,340,805.84 | $1,022,040.52 | $1,020,314.88 | $34,100.00 |

4). This case was originally filed under chapter 7 on 11/11/2016. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2018         By:   /s/ Thomas H. Casey
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Account - 21171 Newport Coast Dr., Newport Beach, CA | 1129-000 | $100.00 |
| Settlement of potential preference action against Chase Bank | 1241-000 | $34,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$34,100.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas H. Casey, Trustee | 2100-000 | NA | $4,160.00 | $4,160.00 | $4,160.00 |
| International Sureties, LTD. | 2300-000 | NA | $0.07 | $0.07 | $0.07 |
| Integrity Bank | 2600-000 | NA | $49.63 | $49.63 | $49.63 |
| Franchise Tax Board | 2820-000 | NA | $1,725.64 | $0.00 | $1,725.64 |
| Thomas H. Casey, ESQ., Attorney for Trustee | 3110-000 | NA | $5,711.00 | $5,711.00 | $5,711.00 |
| Thomas H. Casey, ESQ., Attorney for Trustee | 3120-000 | NA | $156.66 | $156.66 | $156.66 |
| Hahn Fife & Company, Accountant for Trustee | 3410-000 | NA | $1,848.00 | $1,848.00 | $1,848.00 |
| Hahn Fife & Company, Accountant for Trustee | 3420-000 | NA | $322.80 | $322.80 | $322.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$13,973.80** | **$12,248.16** | **$13,973.80** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1p | State Board of Equalization | 5800-000 | $0.00 | $1,796.00 | $1,796.00 | $1,796.00 |
| 2 | Internal Revenue Service | 5800-000 | $0.00 | $2,011.52 | $2,011.52 | $2,011.52 |
| 3p | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $813.89 | $813.89 | $813.89 |
| 5 | Employment Development Department | 5800-000 | $0.00 | $975.33 | $975.33 | $975.33 |
|  | Danny E. Orellana | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Diego Hernandez Flores | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Francisco J. Zambrano | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | James Cardenas | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Joshua M. Rojero | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,596.74 | $5,596.74 | $5,596.74 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1gu | State Board of Equalization | 7100-000 | $0.00 | $221.52 | $221.52 | $221.52 |
| 3a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $1,124.23 | $1,124.23 | $0.00 |
| 3gu | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $1,124.23 | $1,124.23 | $1,124.23 |
| 4A | Franchise Tax Board | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Kristie Defries-Garcia | 7200-000 | $1,100,000.00 | $1,000,000.00 | $1,000,000.00 | $13,183.71 |
|  | ADP Payroll | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Affnity Consultants | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | Ahn Vuong | 7100-000 | $36,327.20 | $0.00 | $0.00 | $0.00 |
|  | Geoffrey C. Lyon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Online Education Consulting LLC | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
|  | Online Educational Consulting LLC | 7100-000 | $175,000.00 | $0.00 | $0.00 | $0.00 |
|  | Southern California Edison | 7100-000 | $1,228.64 | $0.00 | $0.00 | $0.00 |
|  | Time Warner | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Cable |  |  |  |  |  |
| UPS | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $1,340,805.84 | $1,002,469.98 | $1,002,469.98 | $14,529.46 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1 — INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-14655-ES | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | COMPLETE APPAREL SOLUTIONS LLC | Date Filed (f) or Converted (c): | 11/11/2016 (f) |
| For the Period Ending: | 9/14/2018 | §341(a) Meeting Date: | 12/19/2016 |
| | | Claims Bar Date: | 10/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of America Account - 21171 Newport Coast Dr., Newport Beach, CA | $2,659.17 | $100.00 | | $100.00 | FA |
| Asset Notes: | Account overdrawn, principal paid the overdraft charges in order to close the account per attorney. Balance of $100 turned over to Trustee. | | | | | |
| 2 | Security Deposit - Commercial lease Agreement with Ahn Voung (property located at 634 N. Eckoff Street, Orange, CA92868 | $10,400.00 | $10,400.00 | | $0.00 | FA |
| Asset Notes: | 01/20/2017 Order Granting Motion for Relief from Stay Under 11 U.S.C. Section 362 UNLAWFUL DETAINER | | | | | |
| 3 | Raw materials | $2,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | PER THE DEBTOR'S SCHEDULES, THESE MATERIALS HAVE NO VALUE IF RESOLD BECAUSE THEY ARE ALREADY PREPPED FOR PRODUCTION; DUE TO MINIMAL TO NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 4 | Misc. Office Furniture | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | DUE TO MINIMAL TO NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 5 | Misc Office Fixtures | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | DUE TO MINIMAL TO NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 6 | Misc Office Equipment | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | DUE TO MINIMAL TO NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 7 | Misc. machinery, fixtures and equipment | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Per Attorney, amount will be amended to zero to reflect the depreciated value; per amended schedules filed 11/8/17, value is $0. | | | | | |
| 8 | Internet domain names and websites | $100.00 | $100.00 | | $0.00 | FA |
| Asset Notes: | DUE TO MINIMAL TO NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 9 | 100 Licenses with GreekLicensing.com | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 10 | Customer Lists - Past customers | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 11 | Goodwill | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO THE ESTATE, TRUSTEE WILL NOT PURSUE | | | | | |
| 12 | Settlement of potential preference action against Chase Bank (u) | $0.00 | $34,000.00 | | $34,000.00 | FA |
| Asset Notes: | Chase has submitted an offer to settle. The Trustee expects this to be resolved within the next sixty (60) days | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 16-14655-ES | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | COMPLETE APPAREL SOLUTIONS LLC | Date Filed (f) or Converted (c): | 11/11/2016 (f) |
| For the Period Ending: | 9/14/2018 | §341(a) Meeting Date: | 12/19/2016 |
| | | Claims Bar Date: | 10/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $16,659.17 | $48,100.00 | | $34,100.00 | $0.00 |

**Major Activities affecting case closing:**

10/12/2017    ASSETS: Settlement of preference action against Chase.

TAXES: Assets still being administered

LITIGATION: None pending

INSURANCE: None required

CURRENT STATUS: The Debtor's chapter 7 bankruptcy case was commenced on November 11, 2016 by the filing of a voluntary Chapter petition at which time the Trustee was appointed. The Debtor filed two (2) subsequent amended statement of financial affairs, one on February 24, 2017 and one on May 18, 2017. Pursuant to the Debtor's state of financial affairs the Debtor made payments to certain creditors within ninety (90) days before the Petition Date.

The Trustee has determined that there is one collectable preference against Chase Bank. They have submitted an offer to settle. The Trustee expects this to be resolved within the next sixty (60) days.

Claims will be reviewed and objections filed if necessary.

06/29/2017    Notice of Assets filed by trustee and court's notice of possible dividend. Proofs of Claims due by 10/2/2017. Government Proof of Claim due by 5/10/2017

**Initial Projected Date Of Final Report (TFR):**    03/30/2018    **Current Projected Date Of Final Report (TFR):**    /s/ THOMAS H. CASEY

THOMAS H. CASEY

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-14655-ES | **Trustee Name:** Thomas H. Casey |
| **Case Name:** | COMPLETE APPAREL SOLUTIONS LLC | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***8993 | **Checking Acct #:** ******4655 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** GENERAL CHECKING |
| **For Period Beginning:** | 11/11/2016 | **Blanket bond (per case limit):** $3,920,000.00 |
| **For Period Ending:** | 9/14/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2017 | (1) | DEVIN K. DUNCAN | TURNOVER OF CORPORATE BANK FUNDS | 1129-000 | $100.00 | | $100.00 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.05 | $99.95 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.14 | $99.81 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.14 | $99.67 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.14 | $99.53 |
| 02/06/2018 | 5001 | International Sureties, LTD. | Bond # 016030856 | 2300-000 | | $0.07 | $99.46 |
| 02/28/2018 | (12) | JPMORGAN CHASE & CO. | SETTLEMENT FUNDS PER SETTLEMENT AGREEMENT APPROVED PER ORDER ENTERED 2/16/18 | 1241-000 | $34,000.00 | | $34,099.46 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.13 | $34,099.33 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.03 | $34,050.30 |
| 06/01/2018 | 5002 | Thomas H. Casey, ESQ. | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3120-000 | | $156.66 | $33,893.64 |
| 06/01/2018 | 5003 | Hahn Fife & Company | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $1,848.00 | $32,045.64 |
| 06/01/2018 | 5004 | Hahn Fife & Company | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $322.80 | $31,722.84 |
| 06/01/2018 | 5005 | Thomas H. Casey | Trustee Compensation | 2100-000 | | $4,160.00 | $27,562.84 |
| 06/01/2018 | 5006 | Thomas H. Casey, ESQ. | First and final dividend  Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3110-000 | | $5,711.00 | $21,851.84 |
| 06/01/2018 | 5007 | State Board of Equalization | First and final dividend  Claim #: 1; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $1,796.00 | $20,055.84 |
| 06/01/2018 | 5008 | State Board of Equalization | First and final dividend  Claim #: 1; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $221.52 | $19,834.32 |
| 06/01/2018 | 5009 | Internal Revenue Service | First and final dividend  Claim #: 2; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $2,011.52 | $17,822.80 |
| 06/01/2018 | 5010 | FRANCHISE TAX BOARD | First and final dividend  Claim #: 3; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $813.89 | $17,008.91 |
| 06/01/2018 | 5011 | FRANCHISE TAX BOARD | First and final dividend  Claim #: 3; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $1,124.23 | $15,884.68 |

**SUBTOTALS**   $34,100.00   $18,215.32

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-14655-ES | **Trustee Name:** Thomas H. Casey |
| **Case Name:** | COMPLETE APPAREL SOLUTIONS LLC | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***8993 | **Checking Acct #:** ******4655 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** GENERAL CHECKING |
| **For Period Beginning:** | 11/11/2016 | **Blanket bond (per case limit):** $3,920,000.00 |
| **For Period Ending:** | 9/14/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/01/2018 | 5012 | Franchise Tax Board | First and final dividend Claim #: 4; Distribution Dividend: 100.00; Account Number: ; | 2820-000 | | $2,762.02 | $13,122.66 |
| 06/01/2018 | 5013 | Employment Development Department | First and final dividend Claim #: 5; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $975.33 | $12,147.33 |
| 06/01/2018 | 5014 | Kristie Defries-Garcia | First and final dividend Claim #: 6; Distribution Dividend: 1.21; Account Number: ; | 7200-000 | | $12,147.33 | $0.00 |
| 07/17/2018 | 5012 | VOID: Franchise Tax Board | | 2820-003 | | ($2,762.02) | $2,762.02 |
| 07/30/2018 | 5015 | Franchise Tax Board | First and final dividend Claim #: 4; Distribution Dividend: 100.00; Account Number: ; | 2820-000 | | $1,725.64 | $1,036.38 |
| 07/30/2018 | 5016 | Kristie Defries-Garcia | First and final dividend Claim #: 6; Distribution Dividend: 1.32; Account Number: ; | 7200-000 | | $1,036.38 | $0.00 |
| | | | **TOTALS:** | | $34,100.00 | $34,100.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $34,100.00 | $34,100.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $34,100.00 | $34,100.00 | |

**For the period of 11/11/2016 to 9/14/2018**

| | |
|---|---|
| Total Compensable Receipts: | $34,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/18/2017 to 9/14/2018**

| | |
|---|---|
| Total Compensable Receipts: | $34,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-14655-ES | **Trustee Name:** Thomas H. Casey |
| **Case Name:** | COMPLETE APPAREL SOLUTIONS LLC | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***8993 | **Checking Acct #:** ******4655 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** GENERAL CHECKING |
| **For Period Beginning:** | 11/11/2016 | **Blanket bond (per case limit):** $3,920,000.00 |
| **For Period Ending:** | 9/14/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $34,100.00 | $34,100.00 | $0.00 |

| **For the period of 11/11/2016 to 9/14/2018** | | **For the entire history of the case between 11/11/2016 to 9/14/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $34,100.00 | Total Compensable Receipts: | $34,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,100.00 | Total Comp/Non Comp Receipts: | $34,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $34,100.00 | Total Compensable Disbursements: | $34,100.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,100.00 | Total Comp/Non Comp Disbursements: | $34,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ THOMAS H. CASEY

THOMAS H. CASEY